IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:03CR533 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| DONALD NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to review detention, (8:03CR533), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> The defendant shall be released from custody on December 1, 2011 at 9:30 a.m. to reside at Cornhusker Place, Lincoln, Nebraska and participate in that facility's long-term in-patient substance abuse treatment program. Transportation to Cornhusker Place shall be provided by a staff member or attorney of the Federal Public Defender's office.
>
> The defendant shall fully comply with the requirements of his treatment plan and all rules of the Cornhusker Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide him with a 30-day supply of any currently prescribed medication.

November 30, 2011.                    BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge