IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 8:03CR533 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DONALD NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 231, presently set for July 17, 2012, at 12:00 p.m. Being fully advised in the premises, and noting that the Government and Probation Office have no objection, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's revocation hearing shall be continued until the 1st day of November, 2012, at 12:30 p.m. The Defendant is ordered to appear at said time.

Dated this 12th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge